## George C. Bates *vs.* John D. Garrison.

This court unquestionably has the power to direct the alteration or correction of a decree after it has been entered, either upon motion or petition, where there is evidently a mistake or clerical error.

1810.
First Circuit.

Bates
*vs.*
Garrison.

This was a motion to correct the record, by amending the decree entered at the term previous.

The motion was founded upon an affidavit which stated that October 6. the suit in which the decree was entered, was for the foreclosure of a mortgage; that the mortgage was given for the purchase money, and that that fact was stated in the bill; that the decree was by mistake entered for a sale of the mortgaged premises, in default of payment, &c., in *two years* and three months from the time of filing the bill, instead of *one year* and three months.

A. D. Fraser in support of motion.

Cited *Seaton's Forms*, 275; 1 *Hoff., Ch. Pr.*, 559.

The Chancellor. This court unquestionably has the power to direct the alteration or correction of a decree after it has been entered either upon motion or petition, where there is evidently a mistake or clerical error. In this case there was evidently a mistake or error in the decree for the sale of the mortgaged premises in two years and three months, when the party was entitled to take his decree for a sale in one year and three months from the time of filing the bill.

The register is, therefore, directed to make the proper correction or alteration.

And the alteration having been made by the register, the chancellor put his initials to the same.